UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re_Vascular Access Centers, L.P.                    Case No. 19-17117
                        Debtor                         Reporting Period: 11/13-11/30/2019

## INITIAL MONTHLY OPERATING REPORT

File report and attachments with Court and submit copy to United States Trustee within 15 days after order for relief.

Certificates of insurance must name United States Trustee as a party to be notified in the event of policy cancellation.
Bank accounts and checks must bear the name of the debtor, the case number, and the designation "Debtor in Possession."
Examples of acceptable evidence of Debtor in Possession Bank accounts include voided checks, copy of bank deposit
agreement/certificate of authority, signature card, and/or corporate checking resolution.

| REQUIRED DOCUMENTS | Document Attached | Explanation Attached |
|---|---|---|
| 12-Month Cash Flow Projection  (Form IR-1) | x | |
| Certificates of Insurance: | | |
|   Workers Compensation | x | |
|   Property | | |
|   General Liability | x | |
|   Vehicle | x | |
|   Other:Professional Liability | x | |
|   Identify areas of self-insurance w/liability caps | | |
| Evidence of Debtor in Possession Bank Accounts | | |
|   Tax Escrow Account | | |
|   General Operating Account | x | |
|   Money Market Account pursuant to Local Rule 4001-3 for the | | |
|   District of Delaware only.  Refer to: | | |
|   http://www.deb.uscourts.gov/ | | |
|   Other: | | |
| Retainers Paid (Form IR-2) | x | |
| | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the documents attached
are true and correct to the best of my knowledge and belief.

_____
Signature of Debtor

_____
Date

_____
Signature of Joint Debtor

_____
Date

_____
Signature of Authorized Individual*

12 / 20 / 2019
_____
Date

Mark Tucci
Printed Name of Authorized Individual

CFO
Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

In re, Vascular Access Centers, L.P.
Debtor

Case No. 19-17117
Reporting Period: 11/13-11/30/2019

## CASH FLOW PROJECTIONS FOR THE 12 MONTH PERIOD: November 2019 through October 2020

This schedule must be filed with the Court and a copy submitted to the United States Trustee within 15 days after the order for relief.   Amended cash flow projections should be submitted as necessary.

| | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash Beginning of Month** | $ 119,259 | $ 353,007 | 30,171 | (104,566) | (33,061) | (339,806) | (307,901) | (162,996) | (233,341) | (101,436) | 43,469 | (26,876) | $ 119,259 |
| **RECEIPTS** | | | | | | | | | | | | | |
| CASH SALES | 9,313 | | | | | | | | | | | | 9,313 |
| ACCOUNTS RECEIVABLE | 1,614,462 | 2,200,000 | 2,200,000 | 2,200,000 | 2,200,000 | 2,200,000 | 2,200,000 | 2,200,000 | 2,200,000 | 2,200,000 | 2,200,000 | 2,200,000 | 25,814,462 |
| LOANS AND ADVANCES | | | | | | | | | | | | | |
| SALE OF ASSETS | | | | | | | | | | | | | |
| OTHER (ATTACH LIST) | 5,593 | | | | | | | | | | | | 5,593 |
| **TOTAL RECEIPTS** | 1,629,368 | 2,200,000 | 2,200,000 | 2,200,000 | 2,200,000 | 2,200,000 | 2,200,000 | 2,200,000 | 2,200,000 | 2,200,000 | 2,200,000 | 2,200,000 | 25,829,368 |
| **DISBURSEMENTS** | | | | | | | | | | | | | |
| NET PAYROLL | (731,937) | (748,000) | (858,400) | (720,325) | (720,325) | (720,325) | (720,325) | (720,325) | (720,325) | (720,325) | (720,325) | (720,325) | (8,821,262) |
| PAYROLL TAXES | (178,260) | (187,000) | (214,600) | (199,770) | (199,770) | (199,770) | (199,770) | (199,770) | (199,770) | (199,770) | (199,770) | (199,770) | (2,377,790) |
| SALES, USE, AND OTHER TAXES | | | | | | | | | | | | | |
| INVENTORY PURCHASES | (7,500) | (616,000) | (616,000) | (616,000) | (616,000) | (616,000) | (616,000) | (616,000) | (616,000) | (616,000) | (616,000) | (616,000) | (6,783,500) |
| SECURED RENT/AU LEASES | | | | | | | | | | | | | |
| INSURANCE | (257,864) | (236,186) | (123,337) | (142,400) | (305,400) | (169,000) | (169,000) | (169,000) | (169,000) | (169,000) | (169,000) | (169,000) | (2,248,187) |
| ADMINISTRATIVE & SELLING | (5,320) | (140,000) | (140,000) | (100,000) | (100,000) | (100,000) | (100,000) | (100,000) | (100,000) | (100,000) | (100,000) | (100,000) | (1,185,320) |
| OTHER (EQUIPMENT) | (141,797) | (79,000) | (79,000) | (79,000) | (79,000) | (79,000) | (79,000) | (79,000) | (79,000) | (79,000) | (79,000) | (79,000) | (1,010,797) |
| RENT | | (143,000) | (143,000) | (121,000) | (121,000) | (121,000) | (121,000) | (121,000) | (121,000) | (121,000) | (121,000) | (121,000) | (1,375,000) |
| PROFESSIONAL FEES | (72,942) | (75,000) | (150,000) | (150,000) | (150,000) | (150,000) | (50,000) | (50,000) | (50,000) | (50,000) | (50,000) | (50,000) | (1,047,942) |
| LLC MINORITY DISTRIBUTIONS | | | | | | | | | | | | | |
| DEPT OF JUSTICE | | (215,250) | | | (215,250) | | | (215,250) | | | (215,250) | | (861,000) |
| ND REVIEW ORG | | (83,400) | | | | | | | | | | | (83,400) |
| U.S. TRUSTEE FEES | | | (10,400) | | | (13,000) | | | (13,000) | | | (13,000) | (49,400) |
| **TOTAL DISBURSEMENTS** | (1,395,620) | (2,522,836) | (2,334,737) | (2,128,495) | (2,506,745) | (2,168,095) | (2,055,095) | (2,270,345) | (2,068,095) | (2,055,095) | (2,270,345) | (2,068,095) | (25,843,598) |
| **NET CASH FLOW** | 233,748 | (322,836) | (134,737) | 71,505 | (306,745) | 31,905 | 144,905 | (70,345) | 131,905 | 144,905 | (70,345) | 131,905 | (14,230) |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | | | | | | |
| **Cash End of Month** | $ 353,007 | $ 30,171 | (104,566) | (33,061) | (339,806) | (307,901) | (162,996) | (233,341) | (101,436) | 43,469 | (26,876) | 105,029 | $ 105,029 |

Excludes capital required for Ambulatory Surgical Center conversions as well as required tax distributions to minority partners
Will be amended to reflect Debtor in Possession financing if approved

**ACORD®**

# CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY)
12/20/2019

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

**IMPORTANT:** If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: | | |
|---|---|---|---|
| AUTOMATIC DATA PROCESSING INS AGCY<br>76250717<br>71 HANOVER ROAD<br>FLORHAM PARK NJ 07932 | PHONE (A/C, No, Ext): (800) 524-7024 | | FAX (A/C, No): (800) 524-4013 |

| | E-MAIL ADDRESS: | |
|---|---|---|
| | **INSURER(S) AFFORDING COVERAGE** | NAIC# |
| INSURED | INSURER A : Hartford Fire and Its P&C Affiliates | 00914 |
| VASCULAR ACCESS CENTERS LP<br>2929 ARCH ST STE 1705<br>PHILADELPHIA PA 19104-2857 | INSURER B : | |
| | INSURER C : | |
| | INSURER D : | |
| | INSURER E : | |
| | INSURER F : | |

## COVERAGES CERTIFICATE NUMBER: REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| | **COMMERCIAL GENERAL LIABILITY**<br>☐ CLAIMS-MADE ☐ OCCUR | | | | | | EACH OCCURRENCE | |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | |
| | | | | | | | MED EXP (Any one person) | |
| | | | | | | | PERSONAL & ADV INJURY | |
| | GEN'L AGGREGATE LIMIT APPLIES PER:<br>☐ POLICY ☐ PRO-JECT ☐ LOC<br>OTHER: | | | | | | GENERAL AGGREGATE | |
| | | | | | | | PRODUCTS - COMP/OP AGG | |
| | **AUTOMOBILE LIABILITY**<br>☐ ANY AUTO<br>☐ ALL OWNED AUTOS ☐ SCHEDULED AUTOS<br>☐ HIRED AUTOS ☐ NON-OWNED AUTOS | | | | | | COMBINED SINGLE LIMIT (Ea accident) | |
| | | | | | | | BODILY INJURY (Per person) | |
| | | | | | | | BODILY INJURY (Per accident) | |
| | | | | | | | PROPERTY DAMAGE (Per accident) | |
| | ☐ **UMBRELLA LIAB** ☐ OCCUR<br>☐ **EXCESS LIAB** ☐ CLAIMS-MADE<br>☐ DED ☐ RETENTION $ | | | | | | EACH OCCURRENCE | |
| | | | | | | | AGGREGATE | |
| A | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** Y/N<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED?<br>(Mandatory in NH)<br>If yes, describe under DESCRIPTION OF OPERATIONS below | N/A | | 76 WBG ZI7221 | 12/01/2019 | 12/01/2020 | ☒ PER STATUTE ☐ OTHER | |
| | | | | | | | E.L. EACH ACCIDENT | $500,000 |
| | | | | | | | E.L. DISEASE -EA EMPLOYEE | $500,000 |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $500,000 |

*DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)*
Those usual to the Insured's Operations.

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Vascular Access Centers LP<br>2929 Arch St Suite 1705<br>Philadelphia PA 19104 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.<br><br>AUTHORIZED REPRESENTATIVE<br>*Susan L. Castaneda* |

© 1988-2015 ACORD CORPORATION. All rights reserved.

ACORD 25 (2016/03) The ACORD name and logo are registered marks of ACORD

**ACORD**

VASCACC-01   LLESTER

# CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY)
**12/5/2019**

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: | | |
|---|---|---|---|
| M.F. Irvine Companies, LLC<br>21 East 5th Avenue<br>Suite 205<br>Conshohocken, PA 19428 | PHONE (A/C, No, Ext): (610) 862-4350 | | FAX (A/C, No): (610) 862-4351 |
| | E-MAIL ADDRESS: | | |
| | INSURER(S) AFFORDING COVERAGE | | NAIC # |
| INSURED | INSURER A : Columbia Casualty Co. | | 31127 |
| Vascular Access Centers, LP<br>4220 Market Street, 2nd Floor<br>Philadelphia, PA 19104 | INSURER B : Valley Forge Ins. Co. | | 20508 |
| | INSURER C : CNA - Continental Casualty Company | | 20443 |
| | INSURER D : | | |
| | INSURER E : | | |
| | INSURER F : | | |

## COVERAGES          CERTIFICATE NUMBER:                    REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | X COMMERCIAL GENERAL LIABILITY | | | HMA4032277547 | 12/1/2019 | 12/1/2020 | EACH OCCURRENCE | $ 1,000,000 |
| | CLAIMS-MADE X OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000 |
| | | | | | | | MED EXP (Any one person) | $ 5,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ 3,000,000 |
| | X POLICY PRO-JECT LOC | | | | | | PRODUCTS - COMP/OP AGG | $ 3,000,000 |
| | OTHER: | | | | | | | $ |
| B | AUTOMOBILE LIABILITY | | | 6023651162 | 12/1/2019 | 12/1/2020 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | X ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | OWNED AUTOS ONLY SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | HIRED AUTOS ONLY NON-OWNED AUTOS ONLY | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| C | X UMBRELLA LIAB X OCCUR | | | HMC4032279816 | 12/1/2019 | 12/1/2020 | EACH OCCURRENCE | $ 6,000,000 |
| | EXCESS LIAB CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | DED RETENTION $ | | | | | | | $ 6,000,000 |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY | | | | | | PER STATUTE OTH-ER | |
| | ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) | Y/N N/A | | | | | E.L. EACH ACCIDENT | $ |
| | If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| A | Prof Liability | | | HMA4032277547 | 12/1/2019 | 12/1/2020 | | 1,000,000 |
| C | Excess Prof Liab | | | HMC4032279816 | 12/1/2019 | 12/1/2020 | | 6,000,000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)
Property Insurance-CNA Policy Number 6023648441
Blanket Personal Property-Limit: $7,141,255
Blanket Business Income and Extra Expense-Limit: $16,747,970

LA Property policy-Mt Hawley Insurance Company Policy Number MCP0167509
Blanket Personal Property-Limit: $6,474,021

SEE ATTACHED ACORD 101

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| EVIDENCE OF INSURANCE | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | AUTHORIZED REPRESENTATIVE<br>*Laura J. Lester* |

ACORD 25 (2016/03)

© 1988-2015 ACORD CORPORATION. All rights reserved.
The ACORD name and logo are registered marks of ACORD

*ACORD*

## ADDITIONAL REMARKS SCHEDULE

Page  1  of  1

| AGENCY | NAMED INSURED |
|---|---|
| M.F. Irvine Companies, LLC | Vascular Access Centers, LP<br>4220 Market Street, 2nd Floor<br>Philadelphia, PA 19104 |

| POLICY NUMBER | |
|---|---|
| SEE PAGE 1 | |

| CARRIER | NAIC CODE | |
|---|---|---|
| SEE PAGE 1 | SEE P 1 | EFFECTIVE DATE: SEE PAGE 1 |

ADDITIONAL REMARKS

THIS ADDITIONAL REMARKS FORM IS A SCHEDULE TO ACORD FORM,

FORM NUMBER:  ACORD 25  FORM TITLE: Certificate of Liability Insurance

**Description of Operations/Locations/Vehicles:**
Inland Marine- CNA Policy Number: 6023744229
Limit: $7,339,059

ACORD 101 (2008/01)

© 2008 ACORD CORPORATION.  All rights reserved.

The ACORD name and logo are registered marks of ACORD

## BANK OF AMERICA

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

🔲 Customer service: 1.888.400.9009

📧 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

VASCULAR ACCESS CENTERS LP
DEBTOR IN POSSESSION CASE 19-17117
OPERATING ACCOUNT
2929 ARCH ST STE 1705
PHILADELPHIA, PA 19104-2857

⚠ | Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

# Your Full Analysis Business Checking

for November 1, 2019 to November 30, 2019          Account number:

**VASCULAR ACCESS CENTERS LP      DEBTOR IN POSSESSION CASE 19-17117      OPERATING ACCOUNT**

## Account summary

| | | |
|---|---:|---|
| Beginning balance on November 1, 2019 | $176,281.62 | # of deposits/credits: 61 |
| Deposits and other credits | 2,100,606.63 | # of withdrawals/debits: 302 |
| Withdrawals and other debits | -1,441,358.05 | # of days in cycle: 30 |
| Checks | -705,537.80 | Average ledger balance: $133,371.87 |
| Service fees | -2,610.92 | |
| **Ending balance on November 30, 2019** | **$127,381.48** | |

**In re_Vascular Access Centers, L.P.**
Debtor

Case No. 19-17117
Reporting Period: 11/13-11/30/2019

## SCHEDULE OF RETAINERS PAID TO PROFESSIONALS
(This schedule is to include each Professional paid a retainer [1])

| Payee | Check Date | Check Number | Name of Payor | Amount | Amount Applied to Date | Balance |
|---|---|---|---|---|---|---|
| Dilworth Paxson | 11/25/2019 | Wire | VAC, LP | $  50,000 | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

[1] Identify all Evergreen Retainers

Form IR-2
(4/07)

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re_Vascular Access Centers, L.P.

Case No. 19-17117
Reporting Period: 11/13-11/30/2019

### MONTHLY OPERATING REPORT
File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | x | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | x | | |
| Schedule of Professional Fees Paid | MOR-1b | x | | |
| Copies of bank statements | | | | |
| Cash disbursements journals | | | | |
| Statement of Operations | MOR-2 | x | | |
| Balance Sheet | MOR-3 | x | | |
| Status of Postpetition Taxes | MOR-4 | | | |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | x | | |
| Listing of aged accounts payable | MOR-4 | x | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | x | | |
| Debtor Questionnaire | MOR-5 | x | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

_____
Signature of Debtor

_____
Date

_____
Signature of Joint Debtor

_____
Date

_____
Signature of Authorized Individual*

12 / 20 / 2019
_____
Date

Mark Tucci
Printed Name of Authorized Individual

CFO
Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

MOR
(04/07)

In re_Vascular Access Centers, L.P.
Debtor

Case No. 19-17117
Reporting Period: 11/13-11/30/2019

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement.  The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed.  The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns.  The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1).  Attach copies of the bank statements and the cash disbursements journal.  The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page.  A bank reconciliation must be attached for each account.  [See MOR-1 (CONT)]

| | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | OPER | PAYROLL | TAX | OTHER | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| CASH BEGINNING OF MONTH | $ 113,690 | $ 5,569 | $ - | $ - | $ 119,259 | | | |
| **RECEIPTS** | | | | | | | | |
| CASH SALES | $ 9,313 | $ - | $ - | $ - | $ 9,313 | | | |
| ACCOUNTS RECEIVABLE | $ - | $ - | $ - | $ 1,614,462 | 1,614,462 | | | |
| LOANS AND ADVANCES | $ - | $ - | $ - | $ - | $ - | | | |
| SALE OF ASSETS | $ - | $ - | $ - | $ - | $ - | | | |
| OTHER (ATTACH LIST) | $ - | $ 5,593 | $ - | $ - | 5,593 | | | |
| TRANSFERS (FROM DIP ACCTS) | $ 1,400,000 | $ - | $ - | $(1,400,000) | $ - | | | |
| | | | | | $ - | | | |
| TOTAL RECEIPTS | $ 1,409,313 | $ 5,593 | $ - | $ 214,462 | 1,629,368 | | | |
| **DISBURSEMENTS** | | | | | | | | |
| NET PAYROLL (incl Physicians) | $ (731,937) | $ - | $ - | $ - | (731,937) | | | |
| PAYROLL TAXES | $ (178,260) | $ - | $ - | $ - | (178,260) | | | |
| SALES, USE, & OTHER TAXES | $ - | $ - | $ - | $ - | $ - | | | |
| INVENTORY PURCHASES | $ (7,500) | $ - | $ - | $ - | (7,500) | | | |
| SECURED/ RENTAL/ LEASES | $ - | $ - | $ - | $ - | $ - | | | |
| INSURANCE | $ (257,864) | $ - | $ - | $ - | (257,864) | | | |
| ADMINISTRATIVE | $ (5,320) | $ - | $ - | $ - | (5,320) | | | |
| SELLING | $ - | $ - | $ - | $ - | $ - | | | |
| OTHER (ATTACH LIST) | $ (141,798) | $ - | $ - | $ - | (141,798) | | | |
| | $ - | $ - | $ - | $ - | $ - | | | |
| OWNER DRAW * | $ - | $ - | $ - | $ - | $ - | | | |
| TRANSFERS (TO DIP ACCTS) | $ - | $ - | $ - | $ - | $ - | | | |
| | | | | | $ - | | | |
| PROFESSIONAL FEES | $ (72,942) | $ - | $ - | $ - | (72,942) | | | |
| U.S. TRUSTEE QUARTERLY FEES | $ - | $ - | $ - | $ - | $ - | | | |
| COURT COSTS | $ - | $ - | $ - | $ - | $ - | | | |
| TOTAL DISBURSEMENTS | $(1,395,621) | $ - | $ - | $ - | (1,395,621) | | | |
| NET CASH FLOW | $ 13,692 | $ 5,593 | $ - | $ 214,462 | 233,747 | | | |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | |
| CASH - END OF MONTH | $ 127,382 | $ 11,163 | $ - | $ 214,462 | 353,007 | | | |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE          $          0

### THE FOLLOWING SECTION MUST BE COMPLETED

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN) | |
| --- | --- |
| TOTAL DISBURSEMENTS | $ (1,395,621) |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | $ - |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | $ - |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | $ (1,395,621) |

FORM MOR-1
(04/07)

In re_Vascular Access Centers, L.P.
Debtor

Case No. 19-17117
Reporting Period: 11/13-11/30/2019

## BANK RECONCILIATIONS
### Continuation Sheet for MOR-1
A bank reconciliation must be included for each bank account.  The debtor's bank reconciliation may be substituted for this page.

| | Operating | | | Payroll | | Tax | | Other | |
|---|---|---|---|---|---|---|---|---|---|
| | #6052 | #4113 | #8439 | | # | | # | | |
| **BALANCE PER BOOKS** | $ (69,117) | $ 10,627 | $ - | | | | | | |
| **BANK BALANCE** | $ 127,381 | $ 11,163 | $ 11,208 | | | | | | |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | | $ 1,632 | $ - | | | | | | |
| (-) OUTSTANDING CHECKS (ATTACH LIST) | $ 196,498 | $ 2,167 | $ - | | | | | | |
| OTHER  (ATTACH EXPLANATION) | $ - | $ - | $ - | | | | | | |
| ADJUSTED BANK BALANCE * | $ (69,117) | $ 10,627 | $ 11,208 | | | | | | |
| * Adjusted bank balance must equal | | | | | | | | | |
| balance per books | | | | | | | | | |
| **DEPOSITS IN TRANSIT** | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
| Unreconciled Deposits 2011-2016 | | $ 1,632 | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **CHECKS OUTSTANDING** | #6052 | #4113 | Ch. # | Amount | Ck. # | Amount | Ck. # | Amount |
| Open Checks prior to 2019 | $ 56,632 | $ 2,167 | | | | | | |
| Open Checks 2019 | $ 139,867 | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **OTHER** | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

System:       12/13/2019   5:49:21 PM
User Date:    12/13/2019

Dialysis Access Centers, LP
OUTSTANDING TRANSACTIONS REPORT
Bank Reconciliation

Page:     1
User ID: Mark T

Audit Trail Code: CMADJ00000217
Checkbook ID:     BA OP NEW
Description:      BOA Operating Account New
Sorted By:        Type

| Type | Number | Date | Paid To/Rcvd From | Trx Amount |
|------|--------|------|-------------------|-----------|
| CHK | 10212 | 3/19/2015 | Stephen Kolakowski MD | ($500.00) |
| CHK | 10519 | 4/8/2015 | Victor Caraballo | ($2,500.00) |
| CHK | 11476 | 5/20/2015 | NUR Transportation | ($2,483.00) |
| CHK | 11750 | 6/4/2015 | John Bingham | ($45.98) |
| CHK | 12966 | 8/5/2015 | CA Dept of Public Health | ($25.00) |
| CHK | 13010 | 8/5/2015 | EdnaMae McGinley | ($25.00) |
| CHK | 13479 | 8/26/2015 | Stratus Building Solutions of | ($853.01) |
| CHK | 13890 | 9/17/2015 | Comcast | ($105.52) |
| CHK | 14301 | 10/9/2015 | Orkin Raleigh Comm | ($52.44) |
| CHK | 14859 | 11/5/2015 | Matthew Sanger | ($779.00) |
| CHK | 15166 | 11/19/2015 | Renee McKinney | ($152.95) |
| CHK | 15581 | 12/10/2015 | University of MD Charles Regio | ($210.00) |
| CHK | 17072 | 3/1/2016 | Dr. Sara Naren/Collierville Fa | ($400.00) |
| CHK | 17845 | 4/1/2016 | Dr. Sara Naren/Collierville Fa | ($400.00) |
| CHK | 17966 | 4/7/2016 | Gentry dba Orkin | ($106.00) |
| CHK | 18035 | 4/13/2016 | Secretary of State of Texas | ($35.00) |
| CHK | 18102 | 4/14/2016 | Lynn Ryan | ($42.77) |
| CHK | 18469 | 5/1/2016 | Dr. Sara Naren/Collierville Fa | ($400.00) |
| CHK | 19167 | 6/2/2016 | CleanNet of Philadelphia | ($441.00) |
| CHK | 19389 | 6/9/2016 | Lisa Leibfreid | ($48.00) |
| CHK | 19392 | 6/9/2016 | Renee McKinney | ($304.10) |
| CHK | 19949 | 7/7/2016 | Saljl Joshi, MD | ($1,344.64) |
| CHK | 20104 | 7/21/2016 | Nordelia Guerrier | ($75.00) |
| CHK | 20894 | 8/25/2016 | Johnson & Roundtree Premium | ($7.17) |
| CHK | 21445 | 9/22/2016 | Randolph Campbell | ($22.09) |
| CHK | 22490 | 11/10/2016 | Gina Torres | ($115.87) |
| CHK | 22783 | 11/22/2016 | Mary Beth McCusker | ($190.00) |
| CHK | 23576 | 12/22/2016 | Grand View Medical Staff | ($300.00) |
| CHK | 23914 | 1/19/2017 | Ready Refresh | ($267.90) |
| CHK | 24530 | 2/10/2017 | Jorge Salazar | ($1,246.16) |
| CHK | 24783 | 2/23/2017 | Curexa | ($450.55) |
| CHK | 25110 | 3/9/2017 | Marlyn Acosta | ($50.00) |
| CHK | 25233 | 3/16/2017 | Gary Amacker | ($115.00) |
| CHK | 25683 | 4/6/2017 | Byron Felder | ($80.00) |
| CHK | 25807 | 4/13/2017 | Altondra Crockett | ($42.59) |
| CHK | 26287 | 5/1/2017 | My NP Family Health and Wellne | ($550.00) |
| CHK | 26303 | 5/4/2017 | Altondra Crockett | ($128.14) |
| CHK | 27204 | 6/15/2017 | Milagros Aviles | ($11.00) |
| CHK | 27736 | 7/13/2017 | Ginger Corsaro | ($16.37) |
| CHK | 2793 | 3/13/2014 | Jay H. Schwartz MD FACS | ($175.00) |
| CHK | 28907 | 9/7/2017 | Ginger Corsaro | ($39.05) |
| CHK | 29535 | 10/5/2017 | Saljl Joshi, MD | ($355.96) |
| CHK | 29752 | 10/19/2017 | Intelerad Medical Systems | ($10,000.00) |
| CHK | 29884 | 10/26/2017 | Intelerad Medical Systems | ($10,000.00) |
| CHK | 29959 | 10/27/2017 | State of Delaware | ($35.00) |
| CHK | 30040 | 11/2/2017 | Marie Petrizzo | ($10.00) |
| CHK | 30390 | 11/22/2017 | Gene Ciroalo | ($10.00) |
| CHK | 30433 | 11/30/2017 | Altondra Crockett | ($14.99) |
| CHK | 30592 | 12/7/2017 | Alfa Galindo | ($190.30) |
| CHK | 30620 | 12/7/2017 | Dave Stebbins | ($96.50) |
| CHK | 30759 | 12/14/2017 | Erica Thompson | ($11.13) |
| CHK | 30772 | 12/14/2017 | John Taylor | ($20.00) |
| CHK | 30856 | 12/21/2017 | Christiana Gamble | ($27.81) |
| CHK | 30937 | 12/21/2017 | TotalFunds By Hasler | ($1,000.00) |
| CHK | 31264 | 1/18/2018 | Erica Thompson | ($16.69) |
| CHK | 31967 | 3/5/2018 | David Cohen | ($1,606.82) |
| CHK | 32647 | 4/2/2018 | Mid-South Renal Clinic, PLC | ($300.00) |
| CHK | 33428 | 5/17/2018 | Shante Ford | ($21.36) |
| CHK | 34553 | 7/26/2018 | Johnnie Vaughan | ($15.00) |

System:      12/13/2019  5:49:21 PM                      Dialysis Access Centers, LP                         Page:     2
User Date:   12/13/2019                              OUTSTANDING TRANSACTIONS REPORT                         User ID: Mark T
                                                          Bank Reconciliation

| Type | Number | Date | Paid To/Rcvd From | Trx Amount |
|------|--------|------|-------------------|-----------:|
| CHK | 34608 | 7/26/2018 | ELizabeth Brown | ($90.21) |
| CHK | 34677 | 8/2/2018 | David Ross | ($15.00) |
| CHK | 35152 | 8/30/2018 | Renee McKinney | ($296.91) |
| CHK | 37117 | 1/17/2019 | Dr James Urso | ($1,123.71) |
| CHK | 37260 | 1/31/2019 | Sheila Clark | ($5.00) |
| CHK | 37290 | 1/31/2019 | Shante Ford | ($22.74) |
| CHK | 37669 | 2/22/2019 | Pinefield Subway | ($125.74) |
| CHK | 38027 | 3/15/2019 | Stanley Obanion | ($15.00) |
| CHK | 38349 | 4/15/2019 | State of NJ - PART | ($828.00) |
| CHK | 38363 | 4/15/2019 | Charles Miller | ($20.00) |
| CHK | 39226 | 6/28/2019 | Allen Allison | ($65.62) |
| CHK | 39275 | 6/28/2019 | JefferyCalligan | ($67.02) |
| CHK | 39501 | 7/15/2019 | Mary Sweetney | ($21.38) |
| CHK | 39516 | 7/15/2019 | John Bingham | ($54.99) |
| CHK | 39615 | 7/25/2019 | Alison Romain | ($7.81) |
| CHK | 39665 | 7/25/2019 | Ron Benson | ($30.00) |
| CHK | 39875 | 8/16/2019 | Leshae Guy | ($20.00) |
| CHK | 40255 | 9/13/2019 | Lynn Mishoe | ($50.00) |
| CHK | 40297 | 9/13/2019 | William Urban | ($14.94) |
| CHK | 40400 | 9/27/2019 | Boston Scientific Corporation | ($5,030.96) |
| CHK | 40421 | 9/27/2019 | Kol Bio Medical Instruments In | ($456.59) |
| CHK | 40487 | 10/3/2019 | Mississippi State Dept. of Hea | ($300.00) |
| CHK | 40594 | 10/11/2019 | Patricia Alexander | ($268.11) |
| CHK | 40663 | 10/28/2019 | Anthony Walker | ($24.89) |
| CHK | 40684 | 10/28/2019 | Tina Hallman | ($14.00) |
| CHK | 40685 | 10/28/2019 | Teneca Dianne Hill | ($50.00) |
| CHK | 40763 | 11/4/2019 | Bochetto & Lentz, P.C. | ($21,678.55) |
| CHK | 40786 | 11/6/2019 | Atlantic Fire & Safety | ($49.00) |
| CHK | 40799 | 11/14/2019 | Albert Budesa | ($20.00) |
| CHK | 40800 | 11/14/2019 | Coy Lee Keys | ($15.00) |
| CHK | 40801 | 11/14/2019 | Crissy Murphy | ($400.00) |
| CHK | 40805 | 11/14/2019 | Jeanette Byrd | ($4.00) |
| CHK | 40807 | 11/14/2019 | Jeanette Mercer | ($60.00) |
| CHK | 40808 | 11/14/2019 | Jason Smith | ($5.00) |
| CHK | 40810 | 11/14/2019 | Kim Louis | ($35.00) |
| CHK | 40819 | 11/14/2019 | Michael Spath | ($20.00) |
| CHK | 40820 | 11/14/2019 | Nunez Hernandez | ($240.94) |
| CHK | 40823 | 11/14/2019 | Rhonda Solberg | ($20.00) |
| CHK | 40824 | 11/14/2019 | Shirley Magnus | ($25.81) |
| CHK | 40826 | 11/14/2019 | Sara Pollan | ($14.00) |
| CHK | 40827 | 11/14/2019 | Stacey Webb | ($15.00) |
| CHK | 40828 | 11/14/2019 | Thomas Mc Conville | ($10.00) |
| CHK | 40829 | 11/14/2019 | Tracy Revels | ($40.00) |
| CHK | 40831 | 11/14/2019 | BCBS of IL | ($879.42) |
| CHK | 40837 | 11/14/2019 | Natalia Bartholomew | ($336.47) |
| CHK | 40838 | 11/14/2019 | Rebbecca Ward | ($46.00) |
| CHK | 40859 | 11/14/2019 | Ready Refresh | ($46.63) |
| CHK | 40860 | 11/14/2019 | Republic  Services | ($218.65) |
| CHK | 40875 | 11/14/2019 | Angel Lopez | ($27.00) |
| CHK | 40876 | 11/14/2019 | Calvin Edwards | ($30.00) |
| CHK | 40898 | 11/14/2019 | Saljl Joshi, MD | ($5,952.00) |
| CHK | 40909 | 11/19/2019 | Airgas Mid South Inc | ($84.68) |
| CHK | 40921 | 11/19/2019 | Deep South Physicsa PLLC | ($533.38) |
| CHK | 40932 | 11/19/2019 | Ready Refresh | ($84.12) |
| CHK | 40933 | 11/19/2019 | Republic  Services | ($245.89) |
| CHK | 4094 | 5/8/2014 | Reine-Elodie Koffi | ($132.00) |
| CHK | 40947 | 11/19/2019 | Greg Achinko | ($15.00) |
| CHK | 40951 | 11/19/2019 | Innovo Staffing LLC | ($1,297.44) |
| CHK | 40954 | 11/21/2019 | Bolivar County Council on Agin | ($3,609.68) |
| CHK | 40963 | 11/21/2019 | Innovo Staffing LLC | ($1,297.44) |
| CHK | 40964 | 11/21/2019 | Larry Cooper | ($20.00) |
| CHK | 40965 | 11/21/2019 | Linda Franklin | ($20.00) |
| CHK | 40966 | 11/21/2019 | Larry E Williams | ($15.00) |
| CHK | 40967 | 11/21/2019 | Broadway Linen | ($1,064.48) |
| CHK | 40972 | 11/21/2019 | McLean Controls Inc | ($2,297.00) |

```
System:      12/13/2019  5:49:21 PM          Dialysis Access Centers, LP        Page:     3
User Date:   12/13/2019                   OUTSTANDING TRANSACTIONS REPORT       User ID: Mark T
                                               Bank Reconciliation
```

| Type | Number | Date | Paid To/Rcvd From | Trx Amount |
|------|--------|------|-------------------|-----------:|
| CHK | 40976 | 11/21/2019 | NTC Delta, LLC | ($685.50) |
| CHK | 40979 | 11/21/2019 | Orkin | ($92.80) |
| CHK | 40981 | 11/21/2019 | Ready Refresh | ($49.63) |
| CHK | 40983 | 11/21/2019 | Stericycle | ($2,852.83) |
| CHK | 40987 | 11/21/2019 | AFCO | ($4,370.09) |
| CHK | 40992 | 11/26/2019 | Airgas Mid South Inc | ($232.21) |
| CHK | 40993 | 11/26/2019 | Anago Pitts | ($3,169.40) |
| CHK | 40994 | 11/26/2019 | Ameripride Linen and Apparel S | ($504.21) |
| CHK | 40995 | 11/26/2019 | IAC Vascular Testing | ($2,350.00) |
| CHK | 40997 | 11/26/2019 | SP Plus Corp. | ($350.00) |
| CHK | 40999 | 11/26/2019 | Circulation Inc | ($12,833.14) |
| CHK | 41000 | 11/26/2019 | Contract Cleaners Supply Inc | ($257.90) |
| CHK | 41003 | 11/26/2019 | EdnaMae McGinley | ($210.25) |
| CHK | 41004 | 11/26/2019 | Image FIRST | ($636.54) |
| CHK | 41005 | 11/26/2019 | Innovo Staffing LLC | ($1,178.40) |
| CHK | 41007 | 11/26/2019 | Jamie Barrett | ($134.79) |
| CHK | 41010 | 11/26/2019 | Natalia Bartholomew | ($185.00) |
| CHK | 41012 | 11/26/2019 | Optimum | ($204.06) |
| CHK | 41013 | 11/26/2019 | Orkin | ($59.89) |
| CHK | 41014 | 11/26/2019 | Parish Cab | ($5,985.00) |
| CHK | 41018 | 11/26/2019 | Stericycle Communication Solut | ($1,933.52) |
| CHK | 41019 | 11/26/2019 | Pinefield Subway | ($320.62) |
| CHK | 41020 | 11/26/2019 | Tracey Glasscock | ($87.72) |
| CHK | 41021 | 11/26/2019 | Transport U LLC | ($2,407.00) |
| CHK | 41022 | 11/26/2019 | UPS | ($67.50) |
| CHK | 41023 | 11/26/2019 | Waste Management of MD | ($457.14) |
| CHK | 41024 | 11/26/2019 | Westport Linen Services LLC | ($652.64) |
| CHK | 41025 | 11/26/2019 | Leah Mooneyham | ($223.93) |
| CHK | 41026 | 11/26/2019 | New Horizons Solutions | ($236.00) |
| CHK | 41027 | 11/26/2019 | Nancy Smith | ($118.66) |
| CHK | 41029 | 11/26/2019 | Rhonda Connor | ($1,314.98) |
| CHK | 41030 | 11/26/2019 | Jennifer Noble | ($968.02) |
| CHK | 41031 | 11/26/2019 | Brent Brockway | ($947.22) |
| CHK | 41033 | 11/26/2019 | Cambridge Prof Center Condomin | ($430.60) |
| CHK | 41034 | 11/26/2019 | PBH2, LLC | ($11,019.77) |
| CHK | 41035 | 11/26/2019 | 347 Mt Pleasant LLC | ($16,744.68) |
| CHK | 4163 | 5/15/2014 | Cecilia Cruz | ($45.00) |
| CHK | 4240 | 5/15/2014 | South Jersey Gas Company | ($90.32) |
| CHK | 4767 | 6/12/2014 | Tax Trust Account | ($508.08) |
| CHK | 4900 | 6/26/2014 | Amanda Chandler | ($35.15) |
| CHK | 6856 | 10/2/2014 | Adanech Boku | ($40.00) |
| CHK | 6898 | 10/2/2014 | Edythe Hoffman | ($10.00) |
| CHK | 6999 | 10/9/2014 | Caremore Medical Recovery | ($204.91) |
| CHK | 7130 | 10/16/2014 | Comcast - WO | ($102.73) |
| CHK | 7208 | 10/16/2014 | Ryan Govito | ($89.81) |
| CHK | 9966 | 3/6/2015 | Saljl Joshi, MD | ($1,100.44) |
| CHK | 9999 | 3/10/2015 | M. Al Hamad, MD | ($100.00) |
| DAJ | DAJ000002925 | 6/23/2016 | | ($1,897.53) |
| DAJ | DAJ000003683 | 2/27/2018 | | ($13,006.89) |
| DAJ | DAJ000004223 | 10/4/2019 | Am Fund | ($7,983.75) |
| DAJ | DAJ000004232 | 11/20/2019 | Am Fund | ($8,222.18) |

```
    175 Transaction(s)


    Totals:
    Number of Payments              175
    Amount of Payments       $196,498.49
    Number of Deposits                0
    Amount of Deposits            $0.00
```

```
System:      12/13/2019  4:42:49 PM          Dialysis Access Centers, LP                    Page:    1
User Date:   12/13/2019                   OUTSTANDING TRANSACTIONS REPORT                   User ID: Mark T
                                                Bank Reconciliation


Audit Trail Code: CMADJ00000216
Checkbook ID:      BOA OPERATING
Description:       BoA Operating Account
Sorted By:         Type


Type  Number            Date              Paid To/Rcvd From                                  Trx Amount
--------------------------------------------------------------------------------------------------------
CHK   047912            8/29/2013         City of Philadelphia                                 ($150.00)
CHK   047913            8/29/2013         City of Philadelphia                                 ($150.00)
CHK   22667             12/13/2016        Airgas East                                          $131.32
CHK   35164             6/18/2012         TI-Westover Place LLC                              $1,407.00
CHK   43135             1/18/2013         Orkin                                                ($54.04)
CHK   43799             2/19/2013         Horizon NJ Health                                 ($3,234.68)
CHK   45004             4/12/2013         ITS  Neopost, Inc.                                   ($84.32)
CHK   45214             4/24/2013         Donna Giraldi                                       ($225.00)
CHK   45226             4/24/2013         Mr. Thurman McCallum                                 ($10.00)
CHK   45390             5/2/2013          Saljl Joshi, MD                                     ($133.20)
CHK   45480             5/3/2013          TYCO Integrated Systems LLC                         $960.00
CHK   47189             7/26/2013         Airgas Mid South Inc                                ($336.92)
CHK   47802             8/23/2013         Orkin                                                ($74.75)
CHK   47963             8/30/2013         Thermal Services of NJ Inc                          ($212.30)
IAJ   IAJ000000808      8/8/2011                                                              $470.28
IAJ   IAJ000000809      8/8/2011                                                              $615.64
IAJ   IAJ000000810      8/8/2011                                                              $545.72

         17 Transaction(s)


         Totals:
         Number of Payments                14
         Amount of Payments        $2,166.89
         Number of Deposits                 3
         Amount of Deposits        $1,631.64
```

In re_Vascular Access Centers, L.P.
Debtor

Case No. 19-17117
Reporting Period: 11/13-11/30/2019

## SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID

This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check Number | Check Date | Amount Paid Fees | Amount Paid Expenses | Year-To-Date Fees | Year-To-Date Expenses |
|---|---|---|---|---|---|---|---|---|---|
| none | | | | | | | | | |

FORM MOR-1b
(04/07)

In re_Vascular Access Centers, L.P.
Debtor

Case No. 19-17117
Reporting Period: 11/13-11/30/2019

## STATEMENT OF OPERATIONS
(Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | Month | | Cumulative Filing to Date | |
|---|---|---|---|---|
| Gross Revenues | $ | 3,468,397 | $ | 3,468,397 |
| Less: Returns and Allowances | $ | (2,046,354) | $ | (2,046,354) |
| Net Revenue | $ | 1,422,043 | $ | 1,422,043 |
| **COST OF GOODS SOLD** | | | | |
| Beginning Inventory | $ | 1,582,034 | $ | 1,582,034 |
| Add: Purchases | $ | 7,500 | $ | 7,500 |
| Add: Cost of Labor | $ | - | $ | - |
| Add: Other Costs (attach schedule) | $ | - | $ | - |
| Less: Ending Inventory | $ | (1,197,587) | $ | (1,197,587) |
| Cost of Goods Sold | $ | 391,947 | $ | 391,947 |
| Gross Profit | $ | 1,030,096 | $ | 1,030,096 |
| **OPERATING EXPENSES** | | | | |
| Advertising | $ | - | $ | - |
| Auto and Truck Expense | $ | - | $ | - |
| Bad Debts | $ | - | $ | - |
| Contributions | $ | - | $ | - |
| Employee Benefits Programs | $ | 50,343 | $ | 50,343 |
| Insider Compensation* | $ | - | $ | - |
| Insurance | $ | 114,361 | $ | 114,361 |
| Management Fees/Bonuses | | | $ | - |
| Office Expense | $ | 42,502 | $ | 42,502 |
| Pension & Profit-Sharing Plans | | | $ | - |
| Repairs and Maintenance | $ | - | $ | - |
| Rent and Lease Expense | $ | - | $ | - |
| Salaries/Commissions/Fees | $ | 731,937 | $ | 731,937 |
| Supplies | $ | - | $ | - |
| Taxes - Payroll | $ | 178,260 | $ | 178,260 |
| Taxes - Real Estate | $ | - | $ | - |
| Taxes - Other | $ | - | $ | - |
| Travel and Entertainment | $ | 5,210 | $ | 5,210 |
| Utilities | $ | - | $ | - |
| Other (attach schedule) | $ | 130,965 | $ | 130,965 |
| Total Operating Expenses Before Depreciation | $ | 1,253,578 | $ | 1,253,578 |
| Depreciation/Depletion/Amortization | $ | 100,589 | $ | 100,589 |
| Net Profit (Loss) Before Other Income & Expenses | $ | (324,071) | $ | (324,071) |
| **OTHER INCOME AND EXPENSES** | | | | |
| Other Income (attach schedule) | $ | - | $ | - |
| Interest Expense | $ | (87,011) | $ | (87,011) |
| Other Expense (attach schedule) | $ | - | $ | - |
| Net Profit (Loss) Before Reorganization Items | $ | (411,082) | $ | (411,082) |
| **REORGANIZATION ITEMS** | | | | |
| Professional Fees | $ | - | $ | - |
| U. S. Trustee Quarterly Fees | $ | - | $ | - |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | $ | - | $ | - |
| Gain (Loss) from Sale of Equipment | $ | - | $ | - |
| Other Reorganization Expenses (attach schedule) | $ | - | $ | - |
| Total Reorganization Expenses | $ | - | $ | - |
| Income Taxes | $ | - | $ | - |
| Net Profit (Loss) | $ | (411,082) | $ | (411,082) |

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re_Vascular Access Centers, L.P.
    Debtor

Case No. 19-17117
Reporting Period: 11/13-11/30/2019

## STATEMENT OF OPERATIONS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Month | | Cumulative Filing to Date | |
|---|---|---|---|---|
| **Other Costs** | $ | 130,695 | $ | 130,695 |
| Insurance Refunds | $ | 17,777 | $ | 17,777 |
| Patient Transportation | $ | 15,613 | $ | 15,613 |
| Linen | $ | 27,134 | $ | 27,134 |
| Employee/Other | $ | 70,171 | $ | 70,171 |
| | | | | |
| **Other Operational Expenses** | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Other Income** | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Other Expenses** | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Other Reorganization Expenses** | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the bankruptcy proceeding, should be reported as a reorganization item.

In re_Vascular Access Centers, L.P.
                    Debtor

Case No. 19-17117
Reporting Period: 11/13-11/30/2019

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from postpetition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **CURRENT ASSETS** | | |
| Unrestricted Cash and Equivalents | $ 376,952 | $ 54,347 |
| Restricted Cash and Cash Equivalents (see continuation sheet) | $ - | |
| Accounts Receivable (Net) | $ 4,098,807 | $ 4,330,650 |
| Notes Receivable | $ - | |
| Inventories | $ 1,197,587 | $ 1,255,169 |
| Prepaid Expenses | $ 293,010 | $ 318,200 |
| Professional Retainers | $ - | |
| Other Current Assets (attach schedule) | $ - | |
| *TOTAL CURRENT ASSETS* | $ 5,966,356 | $ 5,958,366 |
| **PROPERTY AND EQUIPMENT** | | |
| Real Property and Improvements | $ 9,096,025 | $ 9,096,025 |
| Machinery and Equipment | | |
| Furniture, Fixtures and Office Equipment | | |
| Leasehold Improvements | $ 10,056,645 | $ 10,024,336 |
| Vehicles | $ - | $ - |
| Less Accumulated Depreciation | $ (15,783,376) | $ (15,682,787) |
| *TOTAL PROPERTY & EQUIPMENT* | $ 3,369,294 | $ 3,437,574 |
| **OTHER ASSETS\*** | | |
| Loans to Insiders\* | $ - | |
| Other Assets (attach schedule) | $ 436,070 | $ 336,069 |
| *TOTAL OTHER ASSETS* | $ 436,070 | $ 336,069 |
| | | |
| **TOTAL ASSETS** | $ 9,771,720 | $ 9,732,009 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | |
| Accounts Payable | $ 239,293 | $ 3,459,890 |
| Taxes Payable (refer to FORM MOR-4) | $ - | $ - |
| Wages Payable | $ 551,304 | $ 797,952 |
| Notes Payable | $ - | $ - |
| Rent / Leases - Building/Equipment | $ 130,389 | $ 138,113 |
| Secured Debt / Adequate Protection Payments | $ - | $ 1,352,120 |
| Professional Fees | $ 127,946 | $ 80,422 |
| Amounts Due to Insiders\* | | |
| Other Postpetition Liabilities (attach schedule) | | |
| *TOTAL POSTPETITION LIABILITIES* | $ 1,048,932 | $ 5,828,497 |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | |
| Secured Debt | $ 4,444,596 | $ 3,092,476 |
| Priority Debt | $ - | $ 5,478,694 |
| Unsecured Debt | $ 24,294,367 | $ 14,893,581 |
| *TOTAL PRE-PETITION LIABILITIES* | $ 28,738,963 | $ 23,464,751 |
| | | |
| *TOTAL LIABILITIES* | $ 29,787,895 | $ 29,293,248 |
| **OWNER EQUITY** | | |
| Capital Stock | | |
| Additional Paid-In Capital | | |
| Partners' Capital Account | $ (25,337,246) | $ (24,698,781) |
| Minority's Equity Account | $ 5,321,071 | $ 5,137,542 |
| Retained Earnings - Pre-Petition | | |
| Retained Earnings - Postpetition | | |
| Adjustments to Owner Equity (attach schedule) | | |
| Postpetition Contributions (Distributions) (Draws) (attach schedule) | | |
| *NET OWNER EQUITY* | $ (20,016,175) | $ (19,561,239) |
| | | |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $ 9,771,720 | $ 9,732,009 |
| | $ - | $ 0 |

\*"Insider" is defined in 11 U.S.C. Section 101(31).

In re_Vascular Access Centers, L.P.                                    Case No. 19-17117
　　　　　　　Debtor_____                           Reporting Period: 11/13-11/30/2019

### BALANCE SHEET - continuation sheet

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| Other Current Assets | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Other Assets | | |
| Deposits | $ 436,070 | $ 336,069 |
| | | |
| | | |
| | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| Other Postpetition Liabilities | | |
| | | |
| | | |
| | | |
| | | |
| Adjustments to Owner Equity | | |
| | | |
| | | |
| | | |
| | | |
| Postpetition Contributions (Distributions) (Draws) | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Restricted Cash is cash that is restricted for a specific use and not available to fund operations.  Typically, restricted cash is segregated into a separate account, such as an escrow account.

FORM MOR-3 CONT'D
(04/07)

In re_Vascular Access Centers, L.P.                              Case No. 19-17117
                   Debtor                                        Reporting Period: 11/13-11/30/2019

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| Federal | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| Total Federal Taxes | | | | | | |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| Total State and Local | | | | | | |
| **Total Taxes** | | | | | | |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | | | Number of Days Past Due | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | $ 239,293 | | | | | $ 239,293 |
| Wages Payable | $ 551,304 | | | | | $ 551,304 |
| Taxes Payable | | | | | | $ - |
| Rent/Leases-Building | $ 130,389 | | | | | $ 130,389 |
| Rent/Leases-Equipment | | | | | | $ - |
| Secured Debt/Adequate Protection Payments | | | | | | $ - |
| Professional Fees | $ 127,946 | | | | | $ 127,946 |
| Amounts Due to Insiders* | | | | | | $ - |
| Other: | | | | | | $ - |
| Other: | | | | | | $ - |
| **Total Postpetition Debts** | $ 1,048,932 | $ - | $ - | $ - | $ - | $ 1,048,932 |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re_Vascular Access Centers, L.P.
Debtor

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount | |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | $ 4,076,764 | |
| + Amounts billed during the period | $ 1,422,043 | |
| - Amounts collected during the period | $ (1,400,000) | |
| Total Accounts Receivable at the end of the reporting period | $ 4,098,807 | |
| | | |

| Accounts Receivable Aging | Amount | |
|---|---|---|
| 0 - 30 days old | $ 3,971,027 | |
| 31 - 60 days old | $ 599,863 | |
| 61 - 90 days old | $ 529,619 | |
| 91+ days old | $ 4,671,505 | |
| Total Accounts Receivable | $ 9,772,014 | |
| Amount considered uncollectible (Bad Debt) | $ (5,673,207) | |
| Accounts Receivable (Net) | $ 4,098,807 | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | x |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | x |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | x | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | x | |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | x |

FORM MOR-5
(04/07)