**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| WORLEY & OBETZ, INC., *et al.*,[1] | : | Case No. 18-13774 (MDC) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | Adv. No. 18-235 |

**AGENDA OF MATTERS SCHEDULED FOR HEARING ON**
**OCTOBER 5, 2020 AT 10:30 A.M.[2]**

**MATTERS GOING FORWARD – Adv. Case No. 18-235**

1. Chapter 7 Trustee's Motion to Approve and Enforce Settlement Agreement between the Trustee and Remaining Defendants [A.D.N. 230; Filed on July 30, 2020]

    Objection deadline: August 20, 2020 at 4:00 p.m.; extended to August 24 by 11:59 p.m. for personal counsel to Jeffrey B. Lyons and Julie Lyons only.

    Related Documents:

    A. Amended Notice of Motion to Approve and Enforce Settlement Agreement between the Trustee and Remaining Defendants [A.D.N. 234; Filed on August 4, 2020, 2020]

    B. Order Governing Procedures at Evidentiary Hearing Conducted Remotely by Video Conference [A.D.N. 246; Entered on September 8, 2020]

    C. The Trustee's Witness and Exhibit List for Hearing on Trustee's Motion to Approve and Enforce Settlement Agreement between the Trustee and Remaining Defendants [A.D.N. 249; Filed on September 18, 2020]

---

[1] The Debtors is these cases, along with the last four digits of their federal tax identification numbers are (i) Worley & Obetz, Inc. (6576) (Case No. 18-13774-MDC); (ii) Americomfort, Inc. (7605) (Case No. 18-13775- MDC); (iii) RPHAC, Inc. (9625) (Case No. 18-13776-MDC); (iv) Amerigreen Energy, Inc. (6284) (Case No. 18-13777-MDC); (v) Advance Air, Inc. (8111) (Case No. 18-13778-MDC); (vi) Amerigreen Energy Brokers, LLC (2358) (Case No. 18-13779-MDC); (vii) Amerigreen Electricity, LLC (8977) (Case No. 18-13780-MDC); (viii) Amerigreen Hedging Services, LLC (8549) (Case No. 18-13781-MDC); (ix) Amerigreen Lubricants, LLC (7489) (Case No. 18-13782-MDC); (x) Amerigreen Natural Gas, LLC (3222) (Case No. 18-13783-MDC); and (xi) Amerigreen Propane, LLC (Case No. 18-13784-MDC).

[2] **TELECONFERENCE PROCEDURES FOR OUTSIDE CALLERS:** Chief Judge Coleman – Dial: 877-336-1828; Access Code 7855846. Dial in; enter Judge's Access Code followed by #. Press # sign and speak your name when prompted.

Active\114757096.v2-9/30/20

Responses Received:

    A.    Certain Defendants' Opposition to Trustee's Motion to Enforce Settlement [A.D.N. 238; Filed on August 20, 2020]

    B.    Defendants' Jeffrey B. Lyons and Julie Lyons' Opposition to Chapter 7 Trustee's Motion to Approve and Enforce Settlement Agreement between the Trustee and Remaining Defendants [A.D.N. 239; Filed on August 21, 2020]

Status: This matter is going forward.

2. Motion of Jeffrey B. Lyons and Julie Lyons for Entry of an Order Determining that a Directors and Officers Liability Insurance Policy is Not Property of the Bankruptcy Estate or, in the Alternative, for Relief from the Automatic Stay, to Allow Advancement and Payment of Defense Costs from Directors and Officers Liability Insurance Policy [A.D.N. 122; Filed on May 17, 2019]

Objection Deadline: May 31, 2019 by 4:00 p.m.

Responses Received:

    A.    Chapter 7 Trustee's Objection to Motion of Jeffrey B. Lyons and Julie Lyons for Entry of an Order Determining that a Directors and Officers Liability Insurance Policy is not Property of the Bankruptcy Estate or, in the Alternative, Motion for Relief from Stay, to allow Advancement and Payment of Defense Costs from Directors and Officers Liability Insurance Policy [A.D.N. 126; Filed on May 31, 2019]

    B.    Chapter 7 Trustee's Renewed Objection to Motion of Jeffrey B. Lyons and Julie Lyons for Entry of an Order Determining that a Directors and Officers Liability Insurance Policy is not Property of the Bankruptcy Estate or, in the Alternative, Motion for Relief from Stay, to allow Advancement and Payment of Defense Costs from Directors and Officers Liability Insurance Policy [A.D.N. 191; Filed on January 24, 2020]

Response Deadline to Renewed Objection: February 12, 2020 by 4:00 p.m.; extended to February 14 to 4:00 p.m. for personal counsel to Jeffrey B. Lyons and Julie Lyons only.

    C.    Defendant Judith A. Avilez' Reply to the Chapter 7 Trustee's Renewed Objection to Motion of Jeffrey B. Lyons and Julie Lyons for Entry of an Order Determining that a

|  |  |
|---|---|
|  | Directors and Officers Liability Insurance Policy is not Property of the Bankruptcy Estate or, in the Alternative, Motion for Relief from Stay, to allow Advancement and Payment of Defense Costs from Directors and Officers Liability Insurance Policy [A.D.N. 193; Filed on February 12, 2019] |
| D. | Movant's Response to the Trustee's <u>Renewed</u> Objection to Motion of Jeffrey B. Lyons and Julie Lyons for Entry of an Order Determining that a Directors and Officers Liability Insurance Policy is not Property of the Bankruptcy Estate or, in the Alternative, Motion for Relief from Stay, to allow Advancement and Payment of Defense Costs from Directors and Officers Liability Insurance Policy [A.D.N. 199; Filed on February 14, 2019] |

<u>Related Documents:</u>

|  |  |
|---|---|
| A. | Order Approving Stipulation Between the Chapter 7 Trustee, Jeffrey B. Lyons, Julie Lyons, Robert Seth Obetz, Melissa Obetz, Robert W. Obetz, Jr.. Marjorie S. Obetz, Molly S. Obetz, Samuel J. Obetz, Travelers Casualty and Surety Company of American and United States Liability Insurance Company Regarding Directors and Officers Insurance Policy [A.D.N. 177; Entered on October 10, 2019] |
| <u>Status:</u> | This matter is going forward. |

Respectfully submitted,

**FOX ROTHSCHILD LLP**

By: /s/ Michael G. Menkowitz
Michael G. Menkowitz, Esquire
Jason C. Manfrey, Esquire
Jesse M. Harris, Esquire
2000 Market Street, Twentieth Floor
Philadelphia, PA  19103-3222
Phone (215) 299-2000/Fax (215) 299-2150
mmenkowitz@foxrothschild.com
jmanfrey@foxrothschild.com
jesseharris@foxrothschild.com

Dated:  October 1, 2020          *Counsel for Christine C. Shubert, Chapter 7 Trustee for the estates of Worley & Obetz, Inc., et al.*