IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re<br><br>WORLEY & OBETZ, INC., *et al.*,<br><br>Debtors. | CHAPTER 7<br><br>Case No. 18-13774-mdc<br><br>(Jointly Administered) |
| **CHRISTINE C. SHUBERT,** Chapter 7 Trustee for the Estates of Worley & Obetz, Inc., *et al.*;<br><br>Plaintiff,<br><br>vs.<br><br>**ROBERT SETH OBETZ**, *et al.*,<br><br>Defendants. | <br><br><br><br>Adv. No. 18-00235-mdc |

**NOTICE OF RENT RECEIVER'S FOURTEENTH MONTHLY
ACCOUNTING FOR THE PERIOD ENDING SEPTEMBER 30, 2020**

PLEASE TAKE NOTICE that, pursuant to Paragraph 32 of the August 28, 2019 Order Appointing Rent Receiver (D.I. 162) (the "Rent Receiver Order"), Thomas J. Beane of Beane Associates, Inc. (the "Rent Receiver") provides the following monthly accounting for the time period of September 1, 2020 to September 30, 2020 (the "Fourteenth Monthly Accounting Period").

A.    The Rent Receiver's monthly accounting itemizing all of the Rent Receiver's receipts and disbursements for the Fourteenth Monthly Accounting Period is attached hereto as **Exhibit A**.

B.    The Rent Receiver's monthly accounting itemizing the Rent Receiver's fees and expenses for the Fourteenth Monthly Accounting Period is attached hereto as **Exhibit B**.

1

Respectfully submitted,

*/s/ Nicholas T. Verna*
Kevin J. Mangan (PA Bar No. 56507)
Nicholas T. Verna (PA Bar No. 316929)
WOMBLE BOND DICKINSON (US) LLP
1313 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
Email: kevin.mangan@wbd-us.com
Email: nick.verna@wbd-us.com

*Counsel to Rent Receiver, Thomas J. Beane of Beane Associates, Inc.*

Dated: October 15, 2020

2

WBD (US) 50455282v1