# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re<br><br>WORLEY & OBETZ, INC., *et al.*,[1]<br><br>  Debtors. | CHAPTER 7<br><br>Case No. 18-13774 (MDC)<br>(Jointly Administered) |
| **CHRISTINE C. SHUBERT,** Chapter 7 Trustee for the Estates of Worley & Obetz, Inc., *et al.*;<br><br>  Plaintiff,<br><br>vs.<br><br>**ROBERT SETH OBETZ**, an individual;<br>**ROBERT W. OBETZ, JR.,** an individual;<br>**JEFFREY B. LYONS,** an individual;<br>**JUDITH A. AVILEZ,** an individual;<br>**KAREN L. CONNELLY**, an individual;<br>**MARJORIE S. OBETZ**, an individual;<br>**MELISSA OBETZ,** an individual;<br>**JULIE LYONS,** an individual;<br>**MOLLY S. OBETZ,** an individual;<br>**SAMUEL J. OBETZ**, an individual;<br>**HOWARD W. CRAMER, JR.**, an individual;<br>**KATHLEEN A. CRAMER,** an individual;<br>**MICHELE K. KLUSEWITZ, a/k/a MICHELE KELLY,** an individual;<br>**149 DOE RUN ROAD, LP,** a Pennsylvania limited partnership;<br>**149 DOE RUN ROAD, GP, LLC,** a Pennsylvania limited liability company;<br>**202 GREENFIELD, LP,** a Pennsylvania limited partnership;<br>**202 GREENFIELD GENERAL, LLC,** a Pennsylvania limited liability company;<br>**535 STIEGEL VALLEY ROAD, LLC,** a Pennsylvania limited liability company;  **DOE RUN ROAD, LLC,** a Pennsylvania limited liability company;<br>**OL PARTNERS, LLC,** a Pennsylvania limited liability company; | Adv. No. 18-00235 (MDC) |

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers are (i) Worley & Obetz, Inc. (6576) (Case No. 18-13774-MDC); (ii) Americomfort, Inc. (7605) (Case No. 18-13775-MDC); (iii) RPHAC, Inc. (9625) (Case No. 18-13776-MDC); (iv) Amerigreen Energy, Inc. (6284) (Case No. 18-13777-MDC); (v) Advance Air, Inc. (8111) (Case No. 18-13778-MDC); (vi) Amerigreen Energy Brokers, LLC (2358) (Case No. 18-13779-MDC); (vii) Amerigreen Electricity, LLC (8977) (Case No. 18-13780-MDC); (viii) Amerigreen Hedging Services, LLC (8549) (Case No. 18-13781-MDC); (ix) Amerigreen Lubricants, LLC (7489) (Case No. 18-13782-MDC); (x) Amerigreen Natural Gas, LLC (3222) (Case No. 18-13783-MDC); and (xi) Amerigreen Propane, LLC (Case No. 18-13784-MDC).

**G-FORCE SPORTFISHING, INC.,** a
Delaware corporation;
**JW BISHOP PROPERTIES, LLC,** a
Pennsylvania limited liability company;
**LYONS & OBETZ**,
a Pennsylvania general partnership;
**JSB RETENTION, LLC**, a Pennsylvania
limited liability company;
**SETH ENERGY, LLC,** a Pennsylvania
limited liability company; and
**SHIPLEY ENERGY COMPANY**, a
Pennsylvania corporation;

Defendants.

Hearing Date:  December 2, 2020 at 10:30 a.m. (ET)
Objection Deadline: Nov. 18, 2020 at 4:00 p.m. (ET)

## NOTICE OF CHAPTER 7 TRUSTEE'S MOTION FOR AN ORDER APPROVING SETTLEMENT AGREEMENT BY AND AMONG THE CHAPTER 7 TRUSTEE AND DEFENDANTS

TO: THE DEBTORS AND THEIR COUNSEL, OFFICE OF THE U.S. TRUSTEE, FULTON BANK AND THEIR COUNSEL, THE DEBTORS' SECURED CREDITORS AND THEIR COUNSEL, IF KNOWN, COUNSEL FOR THE DEFENDANTS, AND ALL PARTIES REQUESTING NOTICE PURSUANT TO FED. R. BANKR. P. 2002 AND IN ACCORDANCE WITH THIS COURT'S AUGUST 1, 2018 ORDER PURSUANT TO 11 U.S.C. §§ 102 AND 105(a), AND FED. R. BANKR. P. 2002(m) AND 9007, ESTABLISHING NOTICE AND SERVICE PROCEDURES [D.I. 265]

**PLEASE TAKE NOTICE,** Christine C. Shubert (the "Trustee"), the Chapter 7 Trustee for the jointly administered estates of Worley & Obetz, Inc., *et al*., by and through her attorneys, Fox Rothschild LLP, has filed a *Motion for an Order Approving Settlement Agreement by and among the Chapter 7 Trustee and Defendants* (the "Motion").

1. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney)**.

2. **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the Motion, then on or before **November 18, 2020 by 4:00 p.m. you or your attorney must file a response to the Motion** (*see Filing Instructions on following page*).

3. **A hearing on the Motion** is scheduled for **December 2, 2020 at 10:30 a.m.** in Courtroom No. 2, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA  19107.  Unless the court orders otherwise, the hearing on this contested matter will be an **evidentiary hearing. If the courtroom is closed, you may appear at the hearing telephonically as follows: TELECONFERENCE PROCEDURES FOR OUTSIDE CALLERS:** Chief Judge Coleman –

      Dial: 877-336-1827; Access Code 7855846.  Dial in; enter Judge's Access Code followed by #. Press # sign and speak your name when prompted.

4. **If you do not file a response to the Motion**, the court may enter the relief requested in the Motion without a hearing.

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed a response.

6. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

### Filing Instructions

7. **If you are required to file documents electronically by Local Bankruptcy Rule 5005-1**, you must file your response electronically.

8. **If you are not required to file electronically**, you must file your response at Clerk, United States Bankruptcy Court, 900 Market Street, Philadelphia, Pennsylvania 19107.

9. **If you mail your response** to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

10. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:

      Michael G. Menkowitz, Esquire
      Jesse M. Harris, Esquire
      2000 Market Street, 20th Floor
      Philadelphia, PA 19103-3222
      (215) 299-2000/Fax (215) 299-2150
      mmenkowitz@foxrothschild.com
      jesseharris@foxrothschild.com

**FOX ROTHSCHILD LLP**

By: */s/ Michael G. Menkowitz*
    Michael G. Menkowitz, Esquire
    Jesse M. Harris, Esquire
    2000 Market Street, 20th Floor
    Philadelphia, PA 19103-3222
    (215) 299-2000/Fax (215) 299-2150
    mmenkowitz@foxrothschild.com
    jesseharris@foxrothschild.com

    Attorneys for Christine C. Shubert, Chapter 7 Trustee for Worley & Obetz, *et al.*

Dated:  October 28, 2020