IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re<br><br>WORLEY & OBETZ, INC., *et al.*,<br><br>Debtors. | CHAPTER 7<br><br>Case No. 18-13774-mdc<br><br>(Jointly Administered) |
| **CHRISTINE C. SHUBERT,** Chapter 7 Trustee for the Estates of Worley & Obetz, Inc., *et al.*;<br><br>Plaintiff,<br><br>vs.<br><br>**ROBERT SETH OBETZ**, *et al.*,<br><br>Defendants. | Adv. No. 18-00235-mdc |

**NOTICE OF RENT RECEIVER'S FIFTEENTH MONTHLY
ACCOUNTING FOR THE PERIOD ENDING OCTOBER 31, 2020**

PLEASE TAKE NOTICE that, pursuant to Paragraph 32 of the August 28, 2019 Order Appointing Rent Receiver (D.I. 162) (the "Rent Receiver Order"), Thomas J. Beane of Beane Associates, Inc. (the "Rent Receiver") provides the following monthly accounting for the time period of October 1, 2020 to October 31, 2020 (the "Fifteenth Monthly Accounting Period").

A.  The Rent Receiver's monthly accounting itemizing all of the Rent Receiver's receipts and disbursements for the Fifteenth Monthly Accounting Period is attached hereto as **Exhibit A**.

B.  The Rent Receiver's monthly accounting itemizing the Rent Receiver's fees and expenses for the Fifteenth Monthly Accounting Period is attached hereto as **Exhibit B**.

1

Respectfully submitted,

*/s/ Nicholas T. Verna*
Kevin J. Mangan (PA Bar No. 56507)
Nicholas T. Verna (PA Bar No. 316929)
WOMBLE BOND DICKINSON (US) LLP
1313 North Market Street, Suite 1200
Wilmington, DE  19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
Email: kevin.mangan@wbd-us.com
Email: nick.verna@wbd-us.com

*Counsel to Rent Receiver, Thomas J. Beane of Beane Associates, Inc.*

Dated: November 13, 2020

2