**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re<br><br>WORLEY & OBETZ, INC., *et al.*,[1]<br><br>Debtors. | CHAPTER 7<br><br>Case No. 18-13774 (MDC)<br>(Jointly Administered) |
| **CHRISTINE C. SHUBERT,** Chapter 7 Trustee for the Estates of Worley & Obetz, Inc., *et al.*;<br><br>       Plaintiff,<br><br>       vs.<br><br>**ROBERT SETH OBETZ**, an individual;<br>**ROBERT W. OBETZ, JR.,** an individual;<br>**JEFFREY B. LYONS,** an individual;<br>**JUDITH A. AVILEZ,** an individual;<br>**KAREN L. CONNELLY**, an individual;<br>**MARJORIE S. OBETZ**, an individual;<br>**MELISSA OBETZ,** an individual;<br>**JULIE LYONS,** an individual;<br>**MOLLY S. OBETZ,** an individual;<br>**SAMUEL J. OBETZ**, an individual;<br>**HOWARD W. CRAMER, JR.**, an individual;<br>**KATHLEEN A. CRAMER,** an individual;<br>**MICHELE K. KLUSEWITZ, a/k/a MICHELE KELLY,** an individual;<br>**149 DOE RUN ROAD, LP,** a Pennsylvania limited partnership;<br>**149 DOE RUN ROAD, GP, LLC,** a Pennsylvania limited liability company;<br>**202 GREENFIELD, LP,** a Pennsylvania limited partnership;<br>**202 GREENFIELD GENERAL, LLC,** a Pennsylvania limited liability company;<br>**535 STIEGEL VALLEY ROAD, LLC,** a Pennsylvania limited liability company;  **DOE RUN ROAD, LLC,** a Pennsylvania limited liability company;<br>**OL PARTNERS, LLC,** a Pennsylvania limited liability company; | Adv. No. 18-00235 (MDC) |

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers are (i) Worley & Obetz, Inc. (6576) (Case No. 18-13774-REF); (ii) Americomfort, Inc. (7605) (Case No. 18-13775-REF); (iii) RPHAC, Inc. (9625) (Case No. 18-13776-REF); (iv) Amerigreen Energy, Inc. (6284) (Case No. 18-13777-REF); (v) Advance Air, Inc. (8111) (Case No. 18-13778-REF); (vi) Amerigreen Energy Brokers, LLC (2358) (Case No. 18-13779-REF); (vii) Amerigreen Electricity, LLC (8977) (Case No. 18-13780-REF); (viii) Amerigreen Hedging Services, LLC (8549) (Case No. 18-13781-REF); (ix) Amerigreen Lubricants, LLC (7489) (Case No. 18-13782-REF); (x) Amerigreen Natural Gas, LLC (3222) (Case No. 18-13783-REF); and (xi) Amerigreen Propane, LLC (Case No. 18-13784-REF).

> **G-FORCE SPORTFISHING, INC.,** a Delaware corporation;
> **JW BISHOP PROPERTIES, LLC,** a Pennsylvania limited liability company;
> **LYONS & OBETZ**, a Pennsylvania general partnership;
> **JSB RETENTION, LLC**, a Pennsylvania limited liability company;
> **SETH ENERGY, LLC,** a Pennsylvania limited liability company; and
> **SHIPLEY ENERGY COMPANY**, a Pennsylvania corporation;
>
>                   Defendants.

## AGENDA OF MATTERS SCHEDULED FOR HEARING ON DECEMBER 2, 2020 AT 10:30 A.M.[2]

### CONTESTED MATTERS GOING FORWARD

1. Chapter 7 Trustee's Motion for an Order Approving Settlement Agreement by and among the Chapter 7 Trustee and Defendants [Main Case D.I. 1148; Filed on October 28, 2020] [A.D.I. 258; Filed on October 28, 2020]

    Response Deadline:    November 18, 2020 at 4:00 p.m.

    Responses Received:

        A.    Limited Objection of Doe Run, LLC to Chapter 7 Trustee's Motion for an Order Approving Settlement Agreement by and among the Chapter 7 Trustee and Defendants [Main Case D.I. 1162; Filed on November 18, 2020] [A.D.I. 262; Filed on November 18, 2020]

    Related Documents:

        B.    Proposed Order Approving Settlement Agreement by and among Mutual Release by and among the Chapter 7 Trustee and Defendants

    Status:    This matter will go forward.

    *Signature on following page.*

---

[2] **TELECONFERENCE PROCEDURES FOR OUTSIDE CALLERS:** Chief Judge Coleman – Dial: 877-336-1828; Access Code 7855846.  Dial in; enter Judge's Access Code followed by #.  Press # sign and speak your name when prompted.

Respectfully submitted,

**FOX ROTHSCHILD LLP**

By: <u>*/s/ Michael G. Menkowitz*</u>
Michael G. Menkowitz, Esquire
Jesse M. Harris, Esquire
2000 Market Street, Twentieth Floor
Philadelphia, PA  19103-3222
Phone (215) 299-2000/Fax (215) 299-2150
mmenkowitz@foxrothschild.com
jesseharris@foxrothschidl.com

Dated:  November 30, 2020

*Counsel for Christine C. Shubert, Chapter 7 Trustee for the estates of Worley & Obetz, Inc., et al.*