# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re<br><br>WORLEY & OBETZ, INC., *et al.*,<br><br>    Debtors. | CHAPTER 7<br><br>Case No. 18-13774 (MDC)<br>(Jointly Administered) |
| **CHRISTINE C. SHUBERT,** Chapter 7 Trustee for the Estates of Worley & Obetz, Inc., *et al.*;<br><br>    Plaintiff,<br><br>vs.<br><br>**ROBERT SETH OBETZ**, *et al.*,<br><br>    Defendants. | Adv. No. 18-00235 (MDC) |

**ORDER SETTING EXPEDITED HEARING AND SHORTENING TIME PERIOD FOR NOTICE OF HEARING ON THE CHAPTER 7 TRUSTEE'S MOTION FOR ENTRY OF CONSENT ORDER AMENDING ORDER APPOINTING RENT RECEIVER [A.D.I. 162]**

AND NOW, Plaintiff Christine C. Shubert (the "Trustee"), the Chapter 7 Trustee for the jointly administered estates of Worley & Obetz, Inc., *et al.* (the "Debtors"), having requested expedited consideration (the "Motion to Expedite") of the Trustee's *Motion for Entry of Consent Order Amending Order Appointing Rent Receiver* (the "Motion"); and the Trustee's counsel certifying to the Court that they gave prior notice by telephone, facsimile, or email to (i) the Office of the United States Trustee for the Eastern District of Pennsylvania; (ii) counsel for the Debtors; (iii) counsel for Fulton Bank; (iv) counsel for the Receiver; and (v) all parties who have requested notice pursuant to Fed. R. Bankr. P. 2002, **IT IS HEREBY ORDERED** that an expedited teleconference hearing for my consideration of the Trustee's Motion shall be held at:

116764472.v1

**United States Bankruptcy Court – E.D. Pa.**
**Robert N.C. Nix Federal Building & Courthouse**
**900 Market Street, 2nd Floor**
**Philadelphia, Pennsylvania 19107**

On  December 9, 2020  at  11:30  a.m. prevailing time.[1]

IT IS FURTHER ORDERED that any party opposing the Motion shall appear at the hearing on the Motion or the Motion may be granted without further notice.

IT IS HEREBY FURTHER ORDERED that Trustee's counsel shall immediately notify the following parties by overnight mail, Federal Express, email (including CM/ECF notice) or facsimile: (i) the Office of the United States Trustee for the Eastern District of Pennsylvania; (ii) counsel for the Debtors; (iii) counsel for Fulton Bank; (iv) counsel for the Receiver; and (v) all parties who have requested notice pursuant to Fed. R. Bankr. P. 2002.

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

Dated:  December 3, 2020

---

[1] **TELECONFERENCE PROCEDURES FOR OUTSIDE CALLERS:** Chief Judge Coleman – Dial: 877-336-1828; Access Code 7855846.  Dial in; enter Judge's Access Code followed by #.  Press # sign and speak your name when prompted.

116764472.v1