# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re<br><br>WORLEY & OBETZ, INC., *et al.*,[1]<br><br>                  Debtors. | CHAPTER 7<br><br>Case No. 18-13774 (MDC)<br>(Jointly Administered) |
| **CHRISTINE C. SHUBERT,** Chapter 7 Trustee for the Estates of Worley & Obetz, Inc., *et al.*;<br><br>                  Plaintiff,<br><br>                  vs.<br><br>**ROBERT SETH OBETZ**, an individual;<br>**ROBERT W. OBETZ, JR.,** an individual;<br>**JEFFREY B. LYONS,** an individual;<br>**JUDITH A. AVILEZ,** an individual;<br>**KAREN L. CONNELLY**, an individual;<br>**MARJORIE S. OBETZ**, an individual;<br>**MELISSA OBETZ,** an individual;<br>**JULIE LYONS,** an individual;<br>**MOLLY S. OBETZ,** an individual;<br>**SAMUEL J. OBETZ**, an individual;<br>**HOWARD W. CRAMER, JR.**, an individual;<br>**KATHLEEN A. CRAMER,** an individual;<br>**MICHELE K. KLUSEWITZ, a/k/a MICHELE KELLY,** an individual;<br>**149 DOE RUN ROAD, LP,** a Pennsylvania limited partnership;<br>**149 DOE RUN ROAD, GP, LLC,** a Pennsylvania limited liability company;<br>**202 GREENFIELD, LP,** a Pennsylvania limited partnership;<br>**202 GREENFIELD GENERAL, LLC,** a Pennsylvania limited liability company;<br>**535 STIEGEL VALLEY ROAD, LLC,** a Pennsylvania limited liability company;  **DOE RUN ROAD, LLC,** a Pennsylvania limited liability company;<br>**OL PARTNERS, LLC,** a Pennsylvania limited liability company; | Adv. No. 18-00235 (MDC) |

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers are (i) Worley & Obetz, Inc. (6576) (Case No. 18-13774-REF); (ii) Americomfort, Inc. (7605) (Case No. 18-13775-REF); (iii) RPHAC, Inc. (9625) (Case No. 18-13776-REF); (iv) Amerigreen Energy, Inc. (6284) (Case No. 18-13777-REF); (v) Advance Air, Inc. (8111) (Case No. 18-13778-REF); (vi) Amerigreen Energy Brokers, LLC (2358) (Case No. 18-13779-REF); (vii) Amerigreen Electricity, LLC (8977) (Case No. 18-13780-REF); (viii) Amerigreen Hedging Services, LLC (8549) (Case No. 18-13781-REF); (ix) Amerigreen Lubricants, LLC (7489) (Case No. 18-13782-REF); (x) Amerigreen Natural Gas, LLC (3222) (Case No. 18-13783-REF); and (xi) Amerigreen Propane, LLC (Case No. 18-13784-REF).

| | |
|---|---|
| **G-FORCE SPORTFISHING, INC.,** a Delaware corporation; **JW BISHOP PROPERTIES, LLC,** a Pennsylvania limited liability company; **LYONS & OBETZ**, a Pennsylvania general partnership; **JSB RETENTION, LLC**, a Pennsylvania limited liability company; **SETH ENERGY, LLC,** a Pennsylvania limited liability company; and **SHIPLEY ENERGY COMPANY**, a Pennsylvania corporation; Defendants. | |

### AGENDA OF MATTERS SCHEDULED FOR HEARING ON DECEMBER 9, 2020 AT 10:30 A.M. AND 11:30 A.M.[2]

### UNCONTESTED MATTERS GOING FORWARD AT 10:30 A.M. – CERTIFICATION OF NO RESPONSE FILED

1. Motion Requesting Authorization to Make a Payment of a Chapter 7 Administrative Expense Claim to Hill Archive, Inc. Pursuant to 11 U.S.C. § 503(b) [Main Case D.I. 1160; Filed on November 12, 2020]

    Response Deadline:   December 3, 2020 at 11:30 a.m.

    Responses Received:

        A.    None

    Related Documents:

        B.    Certification of No Response [Docket No. 1178; Filed on December 7, 2020]

        C.    Proposed Order with Related Docket No. 1160

    Status:    Certification of No Response has been filed.

---

[2] **TELECONFERENCE PROCEDURES FOR OUTSIDE CALLERS:** Chief Judge Coleman – Dial: 877-336-1828; Access Code 7855846. Dial in; enter Judge's Access Code followed by #. Press # sign and speak your name when prompted.

**UNCONTESTED MATTERS GOING FORWARD AT 11:30 A.M.**

2.    Motion for Entry of Consent Order Amending Order Appointing Rent Receiver [A.D.I. 162] [Main Case D.I. 1174; Filed on December 2, 2020] [A.D.I. 266; Filed on December 2, 2020]

    Response Deadline:    December 9, 2020 at 11:30 a.m.

    Responses Received:

        A.    None

    Related Documents:

        B.    Motion for Order Scheduling Expedited Hearing and Shortening Time for Notice of Hearing on Chapter 7 Trustee's Motion for Entry of Consent Order Amending Order Appointing Rent Receiver [Main Case Docket No. 1175; Filed December 2, 2020][A.D.I. 267; Filed December 2, 2020]

        C.    Order Setting Expedite Hearing Shortening Time for Notice of Hearing on Chapter 7 Trustee's Motion for Entry of Consent Order Amending Order Appointing Rent Receiver [Main Case Docket No. 1176; Entered December 4, 2020] [A.D.I. 268; Entered December 4, 2020]

    Status:    This matter will go forward.

Respectfully submitted,

**FOX ROTHSCHILD LLP**

By: */s/ Michael G. Menkowitz*
Michael G. Menkowitz, Esquire
Jesse M. Harris, Esquire
2000 Market Street, Twentieth Floor
Philadelphia, PA  19103-3222
Phone (215) 299-2000/Fax (215) 299-2150
mmenkowitz@foxrothschild.com
jesseharris@foxrothschidl.com

Dated:  December 7, 2020    *Counsel for Christine C. Shubert, Chapter 7 Trustee for the estates of Worley & Obetz, Inc., et al.*